IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KATANA SILICON TECHNOLOGIES LLC, | § § § | |
| Plaintiff | § § § | |
| v. | § § | NO. 6:22-cv-00191-ADA |
| GLOBALFOUNDRIES, INC; GLOBALFOUNDRIES U.S. INC.; and GLOBALFOUNDRIES U.S. 2 LLC | § § § § | JURY TRIAL DEMANDED |
| Defendants. | | |

**ORDER GRANTING DEFENDANTS' MOTION FOR INTRA-DISTRICT TRANSFER**

Before the Court is Defendants' Motion for Intra-District Transfer (the "Motion to Transfer"). Having considered the Motion to Transfer, the Plaintiff's non-opposition as represented in ECF No. 30, and the case record, the Court is of the opinion that the Motion to Transfer is meritorious and should be granted.

It is therefore ORDERED that the Motion to Transfer filed on July 8, 2022 is GRANTED.

It is further ORDERED that Civil Action No. 6:22-cv-00191-ADA shall be TRANSFERED to the Austin Division of the United States District Court for the Western District of Texas.

IT IS SO ORDERED.

SIGNED this 15th day of August, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE