UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATANA SILICON TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> GLOBALFOUNDRIES, INC., GLOBALFOUNDRIES U.S. INC., and GLOBALFOUNDRIES U.S. 2 LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § Case No. 1:22-cv-00852-ADA |

## OMNIBUS PRETRIAL CONFERENCE ORDER

On May 13, 2025, the Court held a pre-trial conference in the above-captioned matter. ECF No. 258. As explained below, the Court continued some Motions to allow time for the Parties to complete *Markman* briefing. The Court hereby memorializes its rulings in the below table:

| Motion Title | The Court's Order |
|---|---|
| Plaintiff's Opposed Motion to Exclude Certain Opinions and Testimony of Expert Stephen L. Becker, Ph.D., Dkt. 143 | DENIED. |
| Plaintiff's Opposed Motion to Exclude Certain Opinions and Testimony of Expert John C. Bravman, Ph.D., Dkt. 145 | DENIED. |
| Plaintiff's Opposed Motion for Leave to File to Serve the Expert Declaration of Dr. Robert Akl, Dkt. 184 | GRANTED. |
| Plaintiff's Motion to Strike New Evidence and Arguments in Defendants' Sur-Sur-Replies, Dkt. 241 | DENIED. |
| Defendants' Opposed Motion for Partial Summary Judgment that Plaintiff's Claims Are Barred by Defendants' Implied Licenses to the Asserted Patents, Dkt. 163 | DENIED. |
| Defendants' Opposed Motion to Exclude Certain Opinions of Mr. Stephen Dell Regarding Damages, Dkt. 146 | DENIED. The Court ORDERS that Plaintiff is granted leave to optionally serve supplemental or amended reports |

| | |
|---|---|
| | from its experts regarding apportionment. Plaintiff's apportionment reports are due by May 23, and Defendants' apportionment rebuttal reports are due by May 30.[1] If supplemental or amended reports are served, each side may a 2-hour deposition. |
| Defendants' Opposed Motion for Partial Summary Judgment of No Literal Infringement of U.S. Patent No. 6,291,861, Dkt. 147 | Motion pending. The Parties were permitted to file a brief of no more than 10 pages each to address the meaning of "wherein the contact is in contact with the source/drain at a source/drain surface defining a second surface" and "slopes downwards … to a corresponding device separation region" terms within three days of the Pre-Trial Conference. The following Monday, the Court held a *Markman* hearing.<br><br>The Court ORDERS that Plaintiff is granted leave to optionally serve a supplemental expert report in light of the *Markman* hearing on May 19, and Defendants are granted leave to serve a rebuttal report. The Parties should negotiate a schedule for these supplemental reports, beginning after the Court issues its written claim construction ruling.<br><br>Any expert providing supplemental reports may be deposed up to two hours or as the parties otherwise agree. |
| Defendants' Opposed Motion to Exclude and Strike Certain Opinions of Dr. Kelin Kuhn, Dkt. 149 | DENIED. |
| Defendants' Opposed Motion for Summary Judgment of No Infringement Under the Doctrine of Equivalents, Dkt. 150 | Motion pending. |
| Defendants' Opposed Motion for Partial Summary Judgment of No Damages Prior to First Notice Asserted Patents for Failure to Mark, Dkt. 164 | MOOTED with respect to the '903 Patent. GRANTED with respect to the '861 Patent. |

---

[1] The parties have since filed a joint notice to extend the deadline for Defendants' rebuttal reports to June 4, 2025. Dkt. 272.

**SIGNED** this 27th day of May, 2025.

                                                          ALAN D ALBRIGHT
                                                          UNITED STATES DISTRICT JUDGE