FILED
July 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATANA SILICON TECHNOLOGIES LLC, § § § § Plaintiff, § § v. § § GLOBALFOUNDRIES, INC., § GLOBALFOUNDRIES U.S. INC., § and GLOBALFOUNDRIES U.S. 2 § LLC, § § Defendants. § | Case No. 1:22-cv-00852-ADA |



## VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. Please refer to the Final Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

- "Katana" refers to Katana Silicon Technologies LLC.

- "GlobalFoundries" collectively refers to GlobalFoundries, Inc., GlobalFoundries U.S. Inc., and GlobalFoundries U.S. 2 LLC.

- The "'861 Patent" refers to U.S. Patent No. 6,291,861.

We the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case.

## LITERAL INFRINGEMENT

**QUESTION NO. 1**: Did Katana prove by a preponderance of the evidence that GlobalFoundries literally infringed the following asserted claims of the '861 Patent?

Answer "YES" or "NO" for each claim.

"YES" is a finding for **Katana**. "NO" is a finding for **GlobalFoundries**.

   Claim 18    Yes: _Yes_    No: _____
   Claim 19    Yes: _____    No: _no_
   Claim 20    Yes: _____    No: _no_

## INVALIDITY DUE TO ANTICIPATION

**QUESTION NO. 2(A)**: Did GlobalFoundries prove by clear and convincing evidence that any of the following claims of the '861 Patent is invalid as anticipated in light of the prior art?

Answer "YES" or "NO" for each claim.

"YES" is a finding for **GlobalFoundries**. "NO" is a finding for **Katana**.

Claim 18    Yes: _____    No: _no_

## INVALIDITY DUE TO OBVIOUSNESS

**QUESTION NO. 2(B)**: Did GlobalFoundries prove by clear and convincing evidence that any of the following claims of the '861 Patent is invalid as obvious in light of the prior art?

Answer "YES" or "NO" for each claim.

"YES" is a finding for **GlobalFoundries**. "NO" is a finding for **Katana**.

Claim 19    Yes: _____    No: _no_
Claim 20    Yes: _____    No: _no_

## DAMAGES (ONLY IF APPLICABLE)

Answer **QUESTION NO. 3** only if for at least one claim you answered (1) "YES" in response to **QUESTION NO. 1** and (2) "NO" for that same claim in response to **QUESTION NO. 2(A)** or **QUESTION NO. 2(B)**. In other words, you should proceed to answer **QUESTION NO. 3** only if you found one or more claims infringed and not invalid.

Otherwise do not answer **QUESTION NO. 3** and proceed to the final page.

**QUESTION NO. 3**: What is the amount of damages you find that Katana has proven by a preponderance of the evidence that would fairly and reasonably compensate Katana for GlobalFoundries' infringement of the '861 Patent?

Answer in United States Dollars and Cents, if any:

$ _9,200,000.00_

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your **unanimous** determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.



Jury Foreperson

Signed this 18 day of July 2025.