UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATANA SILICON TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBALFOUNDRIES, INC., et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§  Case No. 1:22-cv-00852-ADA<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

This action came before the Court for trial by jury commencing on July 14, 2025 between Plaintiff Katana Silicon Technologies LLC ("Plaintiff" or "Katana") and Defendants GlobalFoundries, Inc., GlobalFoundries U.S. Inc., and GlobalFoundries U.S. 2 LLC (collectively, "Defendants" or "GlobalFoundries"). The issues have been tried and the jury rendered its unanimous verdict on July 18, 2025 (Dkt. No. 318). Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. GlobalFoundries infringed claim 18 of U.S. Patent No. 6,291,861 (the "'861 Patent").

2. GlobalFoundries did not infringe claims 19 and 20 of the '861 Patent.

3. Claims 18, 19, and 20 of the '861 Patent are not invalid.

4. Final Judgment is hereby entered in favor of Katana and against GlobalFoundries in the sum of $9,200,000.00 for GlobalFoundries' infringement of claim 18, together with interest and costs as fixed by the Court.

5. This Final Judgment starts the time for filing any post-trial motions or appeal, including but not limited to renewed motions for judgment as a matter of law and/or new trial under

Fed. R. Civ. P. 50(b) and 59; motions to amend the judgment; motions to be deemed the prevailing party or for an exceptional case finding and fees under Fed. R. Civ. P. 54 or 35 U.S.C. § 285; motions for the award of pre-judgment interest and post-judgment interest; and any other motions for equitable relief that may be just and proper. All such motions shall be filed within 28 days of entry of this Final Judgment.

6. The stipulated dismissal of U.S. Patent No. 7,402,903 (Dkt. 254) is **GRANTED**.

7. Any other relief requested by either party which is now pending before the Court and not specifically awarded or addressed herein is **DENIED**.

**SIGNED** this 4th day of August, 2025.

Hon. Alan Albright
United States District Court Judge